## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| RABECCA RODRIGUEZ, et al., | ) | |
| :---: | :---: | :--- |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| ) | | |
| Plaintiffs, | | |
| vs. | | Case No. 02:06-CV-02533-KHV |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC., | | |
| Defendants. | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiffs' Unopposed Motion For Dismissal With Prejudice (Doc. #8). Plaintiffs request dismissal on grounds that all claims and controversy between Plaintiffs and Defendants have been resolved. Defendants agree to Plaintiffs' Motion. The Court finds that Plaintiffs' Motion is proper and should be granted. It is therefore

ORDERED that Plaintiffs' Unopposed Motion For Dismissal is GRANTED, that Plaintiffs' Complaint (Docket No. 1) is DISMISSED with prejudice, and that there shall be no further proceedings in Case No. 02:06-CV-02533-KHV (District of Kansas). All relief not expressly granted by this Order is denied.

SIGNED this 30th day of May, 2007.

                                                s/ Kathryn H. Vratil
                                                Kathryn H. Vratil
                                                UNITED STATES DISTRICT JUDGE

| AGREED TO: | | |
|---|---|---|
| /s/ John V. Jansonius<br>John V. Jansonius  (TX #10571900)<br>Marcia N. Jackson (TX #24008411)<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Ave., Suite 4100<br>Dallas, Texas  75201-4675<br>(214) 969-2800 (telephone)<br>(214) 969-4343 (facsimile)<br><br>Of Counsel:<br>Elaine Drodge Koch (KS  #13918)<br>Bryan Cave LLP<br>3500 One Kansas City Place<br>1200 Main Street<br>Kansas City, Missouri  64105-2100<br>(816) 374-3200 (telephone)<br>(816) 374-3300 (facsimile)<br><br>ATTORNEYS FOR DEFENDANTS | | /s/ Mark A. Jess<br>Mark A. Jess (KS #16525)<br>Kevin C. Koc (KS #77943)<br>Employee Rights Law Firm<br>Kansas City Livestock Exchange Building<br>P.O. Box 025639<br>1600 Genessee Street, Suite 842<br>Kansas City, Missouri  64102-5639<br>(816) 474-4600 (telephone)<br>(816) 474-4601 (facsimile)<br><br>David A. Lunceford  (KS #70598)<br>Attorney At Law<br>201 NE 1st Street<br>Lees Summit, Missouri  64063<br>(816) 833-5800 (telephone)<br>(816) 347-0366 (facsimile)<br><br>ATTORNEYS FOR PLAINTIFFS |